**Order filed, December 13, 2013.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-13-00730-CV
_____

**HUA XU, Appellant**

**V.**

**DAVID K. LAM (AKA'S: KA PUN LAM, KA P. LAM, DAVID LAM, KAPUN LAM) SUN, INDIVIDUALLY AND JIA TIAN AKA ANGELA TIAN, Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-79571**

---

## ORDER

The reporter's record in this case was due **October 30, 2013**. *See* Tex. R. App. P. 35.1. On **October 30, 2013**, this court granted **Amanda King's** motion for extension of time to file the record to **November 17, 2013**. The court has not received another request to extend time for filing the record. The record has not

been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Amanda King**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM